IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__Fort Worth__ DIVISION

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

__#0499187__
__Aziz Akuly Nicholas Allen Montes Santivanues__
Plaintiff's name and ID Number

__Tarrant County Correction Center__
Place of Confinement

CASE NO. __4-22CV-966-P__
(Clerk will assign the number)

v.

__Fort Worth Police Department__
Defendant's name and address

__350 West Belknap Street__
Defendant's name and address

__Fort Worth TX, 76102__
Defendant's name and address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $250.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $250 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: 9/15/2022

      2. Parties to previous lawsuit:
Plaintiff(s) AZIZ AKLILY NICHOLAS ALLEN MONTES SANT IVANUE)
Defendant(s) TARRANT COUNTY CORRECTION CENTER

      3. Court: (If federal, name the district; if state, name the county.) NORTHERN FORTWORTH TX.

      4. Docket Number: 4:22-CV-812-Y

      5. Name of judge to whom case was assigned: MARK Pittman

      6. Disposition: (Was the case dismissed, appealed, still pending?) pending

      7. Approximate date of disposition: pending

II. PLACE OF PRESENT CONFINEMENT: TARRANT County CORRECTION CENTER.

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution?  ✓ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: AZIZ AKUILY Nicholas Allen Monteo Santiuanues CID# 0499187 P.O.B 01-10-80 2611 MARKet ST. Forth worth TX 76102

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: FortWorth Police Department 350 West Belknap street Forthworth TX 76102

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Depriving me of my properties Kicked me out of my home 2018, 2019, 2020, 2021, 2022

Defendant #2: Joe RAMIREZ (He 911 called on me.) I witness 1977 Him stabbing my mother GRANDPARENTS Lifeless 2611 market Flworth TX. 2006

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
FAlSe Documents / he Build a house on my property without permission

Defendant #3: Joseph he has property on 28th / Angle I witness 1977 him molesting me was in the kitchen 1977

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
He was in the Kitchen on 2611 market Flworth TX 76106 1977 coldcase

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Check Police Reports 911 calls to 2611 Market Ft Worth TX 76106. Check Body Cams in 2018, 2019, 2020, 2021, 2022. 2611 Market St Ft Worth TX 76106, my Deed lies with Stella Montavo at Stellas Income Tax service located 3705 Decatur Ave Ft Worth TX 76106 (817) 624-1106. Untouched and Unsigned. Its Not NOT FOR SALE * Joe Ramirez / Ft Worth PD / Joseph - kicked me out the door in when I was Asleep in 2611 Market - Told me to Get my personal or Go to Jail. Also They told me I was Criminal Tresspassing not to Go Back. They made me homeless.

VI. RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Money, there Arrest for Depriving me of my properties. I want that New house Tore Down. I to reside on my property.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:
AZIZ AKULY NICHOLAS ALLEN MONTES SANTIVANUC

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
Two TDCJ #____ - Viuvineile #____ TXID#____ SS 467817069
TC# 0499187  DL# 14403408

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ✓ YES ___ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): CDC 4
2. Case Number: 1720113D
3. Approximate date sanctions were imposed: Feb 27 2022
4. Have the sanctions been lifted or otherwise satisfied?  ___ YES ✓ NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed warning (if federal, give the district and division): N/A

   2. Case Number: N/A

   3. Approximate date warnings were imposed: N/A


Executed on: October 19, 2022
       DATE

AZIZ AKULY Nich AS Allen Montes
SANTIUANUES #1049987 P.OBOX-10-80
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $250 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this ___19___ day of ___October___, __2022__.
          (Day)                (month)           (year)

AZIZ AKULY Nicholas Allen
Montes Santianues 049987 D0801-1080
(Signature of plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.



Legal mail

TARRANT COUNTY JAIL MAILROOM